IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE NETWORK BALLISTIX, LLC                    NO. 22-00324-JAW
                                                        CHAPTER 7

ORDER FOR RELIEF FROM
THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY

THIS DAY there came on for consideration by the Court the motion [Doc. #10] (the "Motion") of BancorpSouth Bank, a division of Cadence Bank, ("BancorpSouth") pursuant to 11 U.S.C. §§ 362 and 554 for relief from the automatic stay and for abandonment of property. According to counsel for BancorpSouth, notice of the Motion and of the last day for responses thereto was duly given to parties in interest, including the Debtor and the Chapter 7 Trustee, and no responses were filed. It appears to the Court, having considered the Motion, that

it is well taken and should be sustained.

IT IS THEREFORE ORDERED AS FOLLOWS:

(A)  The following property is hereby abandoned from the estate:

All of the Debtor's equipment and accounts receivable, including, but not limited to, all of the equipment supplied by the Debtor under those certain contracts between the Debtor and Issaquena County, Mississippi, Sharkey County, Mississippi, and the City of Booneville, Mississippi, and all amounts payable by said counties and city thereunder, and that certain deposit account maintained by the Debtor with BancorpSouth designated by account number ending in 0090 (the "Deposit Account"), and all proceeds of all of the foregoing.

(B)     The automatic stay arising under 11 U.S.C. § 362 is hereby terminated as to BancorpSouth and all of the property described in Paragraph (A) above so that BancorpSouth may pursue its rights therein under applicable nonbankruptcy law, including, but not limited to, collecting the accounts receivable, including the amounts payable by the counties and city mentioned in Paragraph (A) above, maintaining the Deposit Account to receive continuing direct deposits by the Debtor's account payors, setting off the collected balance of the Deposit Account from time to time against the balances

2

of BancorpSouth's claims in such allocations as BancorpSouth may determine in its discretion, and obtaining entry of a dispositive order in the Garnishment Action mentioned in the Motion.

## ## END OF ORDER ##

SUBMITTED BY:

LES ALVIS
Bar Number 1548
Attorney for BancorpSouth Bank,
a division of Cadence Bank
RILEY, CALDWELL, CORK & ALVIS, P.A.
P. O. Box 1836
Tupelo, MS 38802-1836
(662) 842-8945
lalvis@rccalaw.com