## PROCEEDING MEMO AND MINUTES OF
## THE CHAPTER 7 § 341 MEETING
### DATE: 04/13/22

**IN RE: NETWORK BALLISTIX, LLC**                    **CASE NO: 22-00324-JAW**

**APPEARANCES:**
( ' ) DEBTOR 1                                      (  ) DEBTOR 2 (Spouse in Joint Cases)
   ( ) Required picture I.D. produced             ( ) Required picture I.D. produced
   ( ) Required SSN verification produced         ( ) Required SSN verification produced
   ( ) Pay advices received                       ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed
Tax returns received for _____ 2020 _____ (years) on _____
Financial Documents were ( ✓ ) retained by trustee  ( ) returned to debtor(s)
( ✓ ) DEBTOR'S REPRESENTATIVE _Joseph Maury_____
( ✓ ) ATTORNEY FOR DEBTOR(S): ___Jordan Ash_____
(  ) DEBTOR(S) APPEARED PRO SE
   YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
   YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
   ( ✓ ) HELD
     or
   ( ) NOT HELD
     or
   ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____,
20____ AT _____ O'CLOCK _____.M.

YES ( ✓ ) NO( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S. C. §329.
CREDITOR (s) ___Bancorp South (Les Alvis)_____
_____

DEBTOR(s) REQUIRED TO:
(  ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
(  ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES: _____
_____

DATED: __4/13/22_____        TRUSTEE:___DEREK A. HENDERSON_____
Track # _____ or   Tape # _____ Side _____ Counter Start # _____